```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A99-0539--CV (JKS)
                  "USA V JOEL C. DOLPHIN"

      Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule:  4/5
            Filed: 09/17/99
           Closed: 12/29/99

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (152) Recovery of defaulted student loans

           Origin: (1) Original Proceeding
           Demand: 3
       Filing fee: Waived
         Trial by:
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1    UNITED STATES OF AMERICA | Richard L. Pomeroy<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 1.1    DOLPHIN, JOEL C. | No counsel found for this party! |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A99-0539--CV (JKS)
                               "USA V JOEL C. DOLPHIN"

                               For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule: 4/5
             Filed: 09/17/99
            Closed: 12/29/99

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (152) Recovery of defaulted student loans

            Origin: (1) Original Proceeding
            Demand: 3
       Filing fee: Waived
          Trial by:




 Document #   Filed      Docket text

      1 -  1  09/17/99   Complaint filed; Summons issued.

      2 -  1  09/20/99   JKS Minute Order that case referred to MJ Roberts per MJ Rule 4 and 5.
                         cc: cnsl, MJ Roberts

      3 -  1  10/28/99   PLF 1 Return of Service Executed re: D-1 on 10/25/99.

      4 -  1  11/17/99   PLF 1 Application for entry of default re: DEF 1.

      5 -  1  11/18/99   Clerk's Notice entering default re: DEF 1. cc: cnsl, J. Dolphin

      6 -  1  11/19/99   PLF 1 motion for default judgment w/att aff.

      6 -  2  11/29/99   JKS Order granting motion for default judgment (6-1). cc: cnsl, MJ
                         Roberts

      7 -  1  12/29/99   Clerk's Default Judgment in favor of plf in principal amount of
                         $2,771.44. cc: cnsl, MJ Roberts, O&J 10784

      8 -  1  08/28/00   PLF 1 Aff & request for issuance of writ of execution on PFD.

   NOTE -  1  08/29/00   Issued: Writ of execution on PFD.

      9 -  1  11/03/00   USM Return on writ of execution re: PFD unsatisifed on 9/12/00.

   NOTE -  2  11/22/00   Issued: writ of garnishment & clks ntc.

     10 -  1  11/22/00   PLF 1 Application re: Writ of garnishment.

     11 -  1  12/06/00   USM Return on writ of garnishment to Wal-Mart Stores executed 12/5/00.

     12 -  1  12/08/00   USM Return on writ of garnishment on def on 12/6/00.

     13 -  1  12/14/00   PLF 1 motion to terminate writ of garnishment issued to Wal-Mart on
                         11/24/00.

     14 -  1  12/18/00   JKS Order granting motion to terminate writ of garnishment (13-1). cc:
                         cnsl
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A99-0539--CV (JKS)
                             "USA V JOEL C. DOLPHIN"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 07/26/01 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| NOTE - 3 | 07/27/01 | Issued: writ of execution re: DEF 1 on PFD. |
| 16 - 1 | 02/14/02 | USM Return of svc of writ of execution re:DEF 1 on 8/6/01 no funds. |
| 17 - 1 | 06/09/05 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| NOTE - 4 | 06/13/05 | Issued: writ of execution re: DEF 1 on PFD. |
| 18 - 1 | 10/28/05 | USM Return of svc on writ of execution re: PFD  re: DEF 1 executed on 6/17/05 for the amount of $712.76. |
| 19 - 1 | 11/15/05 | PLF 1 motion to release attached PFD funds in the amt of $712.76. |
| 20 - 1 | 11/22/05 | JKS Order granting motion to release attached PFD funds in the amt of $712.76 (19-1). cc: USA, Finance |